## (January 16, 1942.)

ELY BUELL and Others, Respondents, v. S. S. KRESGE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Dowling, J., who dissents and votes for reversal and for granting the motion. (The order denies defendant's motion to dismiss plaintiff's first cause of action

in an action under a lease.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ. [177 Misc. 686.]